USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: H-29-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON REYES,                          :
                                       :
                    Plaintiff,         :
                                       :            ORDER
        - against -                    :
                                       :    07 Civ. 10560 (GBD) (RLE)
COMMISSIONER OF SOCIAL SECURITY,       :
                                       :
                    Defendant.         :
                                       :

RONALD L. ELLIS, United States Magistrate Judge:

Defendant moved to dismiss this case on February 29, 2008.

**IT IS HEREBY ORDERED** that Pro Se Plaintiff respond to the motion to dismiss by

**May 16, 2008,** or it will be considered fully submitted.

**SO ORDERED** this 28th day of April 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge