```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON REYES,

    Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER

07 Civ. 10560 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court has been informed that Plaintiff intends to file a response to Defendant's Motion to Dismiss.

**IT IS THEREFORE ORDERED** that Plaintiff file a response by **June 16, 2008.**

**SO ORDERED** this 14th day of May 2008
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge